**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTHONY GRECO,

Plaintiff

v.

DEANNA O'DONNELL, et al.,

Defendants

Case No.: 2:25-cv-01056-APG-MDC

**Order Accepting Report and Recommendation, Denying Leave to Amend, and Closing Case**

[ECF Nos. 15, 18]

On July 15, 2026, Magistrate Judge Couvillier recommended that I dismiss plaintiff Anthony Greco's amended complaint without leave to amend, that his Lanham Act and federal claims be dismissed with prejudice, and that his state law claims be dismissed without prejudice to Greco pursuing those claims in state court. ECF No. 18 at 8. Judge Couvillier also recommended that Greco's motion for leave to file an amended complaint be denied as moot. *Id.*

Greco did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Couvillier's report and recommendation **(ECF No. 18) is accepted**. Plaintiff Anthony Greco's amended complaint (ECF No. 14) is dismissed. His Lanham Act and federal claims are dismissed with prejudice, and his state law claims are dismissed without prejudice to the plaintiff pursuing those claims in state court.

/ / / /

I FURTHER ORDER that plaintiff Anthony Greco's motion for leave to amend **(ECF No. 15) is DENIED**.

I FURTHER ORDER the clerk of court to close this case.

DATED this 31st day of July, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE